**FILED**
JAN 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8019

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jesus MADUENA-Robledo | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about January 11, 2008, within the Southern District of California, defendant Jesus MADUENA-Robledo did knowingly and intentionally import approximately 63.74 kilograms (140.22 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Douglas A. Struckmeyer
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 14th DAY OF JANUARY, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jesus MADUENA-Robledo

### STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On January 11, 2008, Jesus MALDUENA-Robledo entered the United States at the Calexico, California West Port of Entry. MALDUENA was the driver and sole occupant of a 2004 Jeep Grand Cherokee utility vehicle registered to another person. After receiving a negative customs declaration from MALDUENA, Customs and Border Protection (CBP) Officers discovered 16 packages wrapped in brown postal tape hidden within the spare tire well of the Jeep. The packages contained a green leafy substance which field-tested positive for marijuana. The total weight of the packages was 63.74 kilograms.

Special Agent's (S/A) Douglas Struckmeyer Rafael Silva interviewed MALDUENA. S/A Struckmeyer furnished MALDUENA with his constitutional rights per Miranda in English with S/A Silva present. MALDUENA orally waived his rights, as well as signing the written waiver of rights, agreeing to make a statement.

MALDUENA stated that he knew the vehicle contained marijuana. He said that he was hired to drive the vehicle into the United States and that he was going to be paid $3,000 for smuggling the marijuana into the United States.

MALDUENA was arrested by ICE Agents for violations of 21 USC 952 and 960, Importation of Marijuana. MALDUENA was booked into the Imperial County Jail, El Centro, California, pending an appearance in U.S. Magistrate Court.

Executed on 01/12/2008 at 10:00 AM.

Douglas A. Struckmeyer, Special Agent

U.S. Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of two (2) pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on January 11, 2008, in violation of Title 21 United States Code, Section(s) 952 & 960

United States Magistrate Judge

1-12-08 @ 12:20 pm
Date/Time